# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**VICKI GERARD, Permanent
Guardian of the Person and Estate of
ELEANOR BOZEMAN**                                            **PLAINTIFF**

v.                        **Case No. 4:20-CV-00231-LPR**

**TARGET CORPORATION**                                            **DEFENDANT**

## **ORDER**

In its Motion in Limine No. 1, Target seeks to limit the testimony of Dr. Ralph Scott.[1] Specifically, Target does not want Dr. Scott to testify about any "future economic damages."[2] Target has two basic arguments. First, Target says that no medical expert (including Dr. Collins) will opine to a reasonable degree of medical certainty that Ms. Bozeman will need inpatient care for the rest of her life.[3] Second, Target says that no medical expert (including Dr. Collins) will opine to a reasonable degree of medical certainty that the fall is the sole reason for whatever future care Ms. Bozeman will need.[4] Neither of these arguments carry the day, at least at this point.

The Court believes that Target is reading Dr. Collins's expert disclosure too narrowly. Based on the Court's read of the expert disclosure, Dr. Collins may well testify that the fall was the proximate cause of the care that Ms. Bozeman received or has been receiving (including inpatient rehabilitation and nursing home care), that she will need all or some of this care for the rest of her life, and that the fall was the proximate cause for the future care she needs. That would likely be enough to allow Dr. Scott to testify about his opinion regarding future economic damages.

---

[1] Def.'s Mot. in Limine No. 1 (Doc. 59).

[2] *Id.* at 3.

[3] *Id.* at 2.

[4] *Id.*

Whether Dr. Collins actually gives this testimony is something we will see during the trial. And the Court assumes that Dr. Scott will not testify until after Dr. Collins testifies. The Motion is denied without prejudice to Target re-raising it immediately before Dr. Scott gives his testimony.

DATED this 21st day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE